**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00172-CMA-3

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  MARVIN BRAGG,
      a/k/a "Coffee,"
      a/k/a "Taco,"

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

      Pursuant to a telephone conference between counsel and Chambers staff, sentencing in the above-referenced matter has been reset for **March 8, 2010 at 9:30 a.m.** in Courtroom A602 of the Arraj Courthouse.

      DATED:  November 30, 2009